# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Approved.
ELH
USDJ
10/9/12

KENNETH KINNAMAN, individually
and on behalf of all others similarly situated,

Plaintiff,

v.

Case No. 12-00963-ELH

PORTFOLIO RECOVERY ASSOCIATES, LLC.

Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Settlement Agreement between the parties which has now become Effective, the parties to this action stipulate to (i) the dismissal of the Plaintiff's individual claims in this action with prejudice, and (ii) the claims of any putative class members are dismissed without prejudice.

Respectfully submitted,

/s/ Scott C. Borison
Scott C. Borison, Bar No. 22576
**LEGG LAW FIRM, LLC.**
5500 Buckeystown Pike
Frederick MD 21703
(301) 620-1016
E mail: Borison@legglaw.com
*Counsel for Plaintiff*

/s/ Joann Needleman
Joann Needleman
*Admitted pro hac vice*
**MAURICE & NEEDLEMAN, P.C.**
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(215) 789-7151
(908) 237-4551 fax
joann@mnlawpc.com
Bar No. (PA 74276)
*Attorney for Defendant Portfolio Recovery Associates, LLC*

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 OCT -9  A 9:34